DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENELLE WEST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-793

[May 9, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 14-9062CF10A.

Jenelle West, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***